IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**PATRICK D. THOMAS,**

**Defendant.**                                                    No. 08-30059-DRH

### ORDER

**HERNDON, Chief Judge**:

Now before the Court is Defendant's May 6, 2008 motion for continuance of trial (Doc. 22). Defendant states that his counsel needs additional time to review discovery and to prepare for trial. The Court being fully advised in the premises finds that Defendant needs additional time to review discovery and to prepare for trial. Further, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and the Defendant in a speedy trial.

Therefore, the Court **GRANTS** Defendant's motion for continuance of trial (Doc. 22). The Court **CONTINUES** the jury trial scheduled for May 27, 2008 to **Monday, August 11, 2008 at 9:00 a.m.** The time from the date the original motion was filed, May 6, 2008, until the date to which the trial is rescheduled, August 11, 2008, is excludable time for the purposes of speedy trial. The parties shall notify the

Court if a change of plea hearing is necessary.

**IT IS SO ORDERED.**

Signed this 6th day of May, 2008.

/s/      David R Herndon
**Chief Judge
United States District Court**