IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,
Plaintiff,

v.

PATRICK D. THOMAS,
Defendant.                                             No. 08-30059-DRH

ORDER

**HERNDON, Chief Judge**:

On June 14, 2013, defendant Thomas filed a motion for sentencing modification pursuant to 18 U.S.C. §3582 (Doc. 69). Specifically, Thomas seeks a reduction under the retroactive crack cocaine guidelines. The United States Sentencing Commission reduced the disparity between sentencing recommendations for certain powder cocaine and crack cocaine offenses. The retroactive application of these guidelines took effect on November 1, 2011. Pursuant to the Court's Administrative Order 137, the Federal Public Defender for the Southern District of Illinois is appointed to represent defendant regarding the motion.

**IT IS SO ORDERED.**

Signed this 17th day of June, 2013.

David R. Herndon
2013.06.17
10:59:02 -05'00'

**Chief Judge
United States District Court**

1